**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50427 |
| Plaintiff - Appellee, | D.C. No. 2:99-cr-01168-RSWL |
| v. | |
| BRIAN MCLUCAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Ronald S.W. Lew, District Judge, Presiding

Submitted August 23, 2010[**]

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Brian McLucas appeals from his guilty-plea conviction and 235-month

concurrent sentence reimposed after a limited remand pursuant to *United States v.*

*Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), McLucas's counsel

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided McLucas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

09-50427